IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONOVAN FORD,

    Plaintiff,                                  No. CIV S-06-0854 DFL GGH PS

    vs.

DARRIUS NELSON, et al.,

    Defendants.                          <u>ORDER TO SHOW CAUSE</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). An "Order Requiring Timely Service and Joint Status Report" was issued April 21, 2006. The parties were directed to "confer in person, if at all possible, pertaining to the automatic disclosures required by Fed. R. Civ. P. 26, as amended effective December 1, 2000, within 30 days after the answer by any defendant. Thereafter, within 14 days, the parties shall submit to the court a joint status report." Defendants filed an answer and cross-complaint on May 23, 2006. Plaintiff filed an answer to the cross-complaint on June 20, 2006, and a joint status report has not been received.

\\\\\

\\\\\

\\\\\

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | The parties shall show cause, in writing, within ten days from the date of this

3 | order, why a joint status report has not been filed, or they shall file their joint status report.

4 | DATED: 9/6/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

7 | GGH:035
ford.osc