IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN FORD, Pro Se, dba Weld Pro Instructional Video,<br><br>       Plaintiff and Cross-Defendant,<br><br>       v.<br><br>DARRIUS NELSON, aka a-aaproductions, aka Red Eclipse Productions,<br><br>       Defendant and Cross-Complainant. | 2:06-cv-0854-GEB-GGH-PS<br><br>ORDER TO SHOW CAUSE |

The Status (Pretrial Scheduling) Order filed October 20, 2006, scheduled a final pretrial conference in this case for July 30, 2007, and required pretrial statements to be filed in accordance with Local Rules 16-281 and 16-282. No pretrial statement has been filed as required. Due to the parties' failure to file pretrial statements as ordered, the final pretrial conference is rescheduled to commence at 11:00 a.m. on August 13, 2007. Pretrial statements shall be filed no later than 4:30 p.m. on August 6, 2007. The parties are referred to Local Rules 16-281 and 16-282 for the content of pretrial statements. Trial is rescheduled to commence at 9:00 a.m. on October 16, 2007.

The parties are ORDERED TO SHOW CAUSE (OSC), in a written filing due not later than 4:30 p.m. on August 6, 2007, why the Court should not issue sanctions under Rule 16(f) of the Federal Rules of Civil Procedure for their failure to file a timely pretrial statement as ordered. The written response shall state whether a hearing is requested on the OSC. If a hearing is requested, it will be held at 11:00 a.m. on August 13, 2007.

         IT IS SO ORDERED.

Dated: July 24, 2007

---
GARLAND E. BURRELL, JR.
United States District Judge